1  JERRY Y. FONG, ESQ. (SBN 99673)
   THE LAW OFFICE OF JERRY FONG
2  706 COWPER STREET;   SUITE 203
   PALO ALTO, CA  94301
3  650/322-6123
   650/322-6779 fax
4  jf@jerryfong.com

5  Attorney for Defendant CATHERINE WAIRIMU KIBETI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CR-11-00281 RMW |
| Plaintiff, | STIPULATION BETWEEN PLAINTIFF AND DEF. KIBETI TO REQUEST THE CONTINUANCE OF OF STATUS CONFERENCE, TO 4/15/13 AND [] ORDER |
| vs. | |
| CATHERINE WAIRIMU KIBETI, SOLOMON DOOMSON, | |
| Defendants. | |

Plaintiff United States of America and Defendant Catherine Kibeti, through their respective counsel, hereby jointly stipulate to request that the Court continue the status conference scheduled on March 18, 2013 to April 15, 2013.  Ms. Cynthia Lie, Defendant Solomon Doomson's counsel, is currently in trial and not available to sign this Stiuplation, but the parties understand that Ms. Lie is in agreement with a continuance of the March 18 hearing. The parties have reached an agreement to resolve this entire case.  However, the Plaintiff is still in the process of finalizing the plea agreement and conducting the required supervisor review and approval procedure.   It appears that the agreement and approval will not be finalized in time for the March 18, 2013 hearing.   Accordingly, Plaintiff and Defendant Kibeti (with the anticipation that Ms. Lie will join in this request) respectfully

1  request that the Court continue the status conference from March 18, 2013 to April 15, 2013,
2  to ensure that the disposition can be placed on the record at the next court appearance, and
3  for a corresponding exclusion of time for Speedy Trial Act calculation.

6  DATED:     March 12, 2013                    /S/
7                                               by JERRY Y. FONG, Attorney for Defendant
                                                CATHERINE KIBETI

9  DATED:     March 12, 2013
10                                              by CYNTHIA LIE, Attorney for Defendant
                                                SOLOMON DOOMSON

13 DATED:     March 12, 2013                    /S/
14                                              by AUSA GARY FRY, Attorney for Plaintiff
                                                UNITED STATES OF AMERICA

16                              [] ORDER

17     Pursuant to Plaintiff and Defendant Kibeti's Stipulation and good cause appearing
18 herein, it is hereby ordered that the status conference scheduled on March 18, 2013, shall be
19 continued to April 15, 2013, at 9:00 a.m. Furthermore, the days between March 18, 2013 and
20 April 15, 2013, shall be excluded for the purposes of calculating the application of the
21 Speedy Trial Act, on the basis that such additional time is needed for the effective
22 preparation of the defense and prosecution and that such consideration outweighs the public
23 interest in an earlier trial date. It is so ordered.

25 DATED:     ＨＤＦＩＤＦＨ                       *Ronald M. Whyte* (signature)
                                                JUDGE OF THE UNITED STATES
26                                              DISTRICT COURT